**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DiANTHONY MOORE, | ) NO. ED CV 18-02062-VBF-E |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING THE R & R: |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) DISMISSING ACTION WITHOUT PREJUDICE ) FOR LACK OF PROSECUTION ) |
| Defendant. | ) TERMINATING THE CASE (JS-6) |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the complaint, CM/ECF System Document ("Doc") 1, the Report and Recommendation ("R&R") of the United States Magistrate Judge (Doc 10), and the applicable law. Plaintiff Moore did not file objections within the time allotted by Federal Rule of Civil Procedure 72(b), nor did he seek an extension of time in which to do so. Finding no error of law, fact, or logic in the R&R, the Court will accept the Magistrate Judge's findings and conclusions and implement his recommendations.

<u>ORDER</u>

The Report and Recommendation is ADOPTED.

The action is DISMISSED WITHOUT PREJUDICE for lack of
prosecution.  LET JUDGMENT BE ENTERED ACCORDINGLY.
     This case shall be TERMINATED (JS-6).
     IT IS SO ORDERED.

Date: June 4, 2019                 _____
                                        Hon. VALERIE BAKER FAIRBANK
                                   Senior United States District Judge