# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DiANTHONY MOORE**, | Case **No. ED CV 18-02062-VBF-E** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

Date: June 4, 2019

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
Senior U.S. District Judge